Charles B. Rowe, Appellant, v. Vrooman Carpet
Company, Inc., et al., Appellees.
Vrooman Carpet Company, Inc., Appellee, v. Charles
B. Rowe and Theodore A. Kolb, Defendants.
Appeal of Theodore A. Kolb, Appellant.

Gen. Nos. 43,208, 43,251.

Heard in the
third division, first district, this court at the October term, 1944; opinion filed June 29, 1945; released for publication July 24, 1945. Theodore A. Kolb, for appellant; no appearance for appellee. Opinion by JUSTICE KILEY. Not to be published in full.